78,626-01,02,03,04

Cleveland R. Duncan IV
Dalhart Unit #1745483
1950 FM 998
Dalhart, TX 79022

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

Criminal Appeals of Texas
Supreme Court Bldg.
201 W. 14 St.
P.O. Box 12308
Austin, TX 78711-2308

Clerk: Amos Acotas
Status letter:

It's been 2 years and counting. I've let to get any response since 04.02.2013. I'm attempting to check the status report on the cases. I don't've any of the case number, because of lost of evidence. The samething that seems to have happen with you'll. I've wrote twice before these time and would love to hear something to calm the thoughts.

Thanks